United States Court of Appeals
Fifth Circuit

**F I L E D**

March 9, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 05-50320

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

FERMIN MENDEZ

Defendant - Appellant

----------------------
Appeal from the United States District Court
for the Western District of Texas
(03-CR-1961)
----------------------

Before JONES, Chief Judge, and WIENER and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the unopposed motion filed by Appellee to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Appellee to remand case to the district court for resentencing is GRANTED.

In granting the unopposed motion of the United States, this court expresses no opinion on the government's interpretation of

_____

*Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

<u>United States v. Hamilton</u>, No. 04-20616, 2006 WL 350066 (5th Cir.

February 16, 2006).